# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 21054 |
| Melvin Collins, ) | HON. Deborah L Thorne |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Trustee Marilyn Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126;

Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126;

Shapiro Kreisman & Associates, LLC, 2121 Waukegan Rd., Suite 301, Bannockburn, IL 60015;

Shapiro Kreisman & Associates, LLC, 200 N LaSalle St., Suite 2840, Chicago, IL 60601;

See Attached Service List

PLEASE TAKE NOTICE that on October 18, 2017, at 9:30 a.m., I shall appear before the Honorable Deborah Thorne in Courtroom 613 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on October 10, 2017.

__/s/ *Aaron Weinberg*___
Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

CREDIT ACCEPTANCE
25505 West 12 Mile Road
Ste. 3000
Southfield, MI, 48034

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 41067
c/o Alexis B. Cartwright
Norfolk, VA, 23541

SENEX SERVICES CORPoration
333 FOUNDS RD
INDIANAPOLIS, IN, 46268

CMRE.
3075 E IMPERIAL HWY STE
BREA, CA, 92821

WELLS FARGO DEALER SERVICES
Po Box 25341
Santa Ana, CA, 92799

STELLAR RECOVERY INCORPORATED
4500 Salisbury Rd Ste 10
Jacksonville, FL, 32216

Comcast
p.o. box 196
Newark, NJ, 07101

CREDIT PROTECTION ASSOCIATION
PO Box 802068
Dallas, TX, 75380

FALLS COLLECTION SVC
PO BOX 668
GERMANTOWN, WI, 53022

MCSI INC
PO BOX 327
PALOS HEIGHTS, IL, 60463

MEDICREDIT, INC
1984 Peachtree Rd Nw
Suite 300
Atlanta, GA, 30309

CMRE FINANCE
3075 E Imperial Hwy, Ste 200
Brea, CA, 92821

ATG CREDIT
1700 W CORTLAND ST STE 2
CHICAGO, IL, 60622

City of Chicago Parking
121 N. LaSalle St # 107A
Chicago, IL, 60602

Arnold, Scott, Harris P.C.
111 W Jackson Blvd # 600
Chicago, IL, 60604

Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY, 11735

Bank of America
1701 River Oaks Dr # D
Calumet City, IL, 60409

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL, 60654

Advocate Health
PO Box 5598
Chicago, IL, 60680

Convenient Care Pharmacy
PO Box 861
Moultrie, GA, 31776

Law Offices of Juliana G. Robertson
7915 S. Emerson Ave.
Suite B-230
Indianapolis, IN, 46237

BCA Financial
18001 Old Culer Road
Miami, FL, 33157

Advocate Christ Medical Center
Po Box 4256
Carol Stream, IL, 60197

Weltman, Weinberg & Reis Co., LPA
323 W Lakeside Ave, Ste 200
Cleveland, OH, 44113

HARVARD COLLECTION
4839 ELSTON AVE
CHICAGO, IL, 60630

IL Depart of Revenue
PO Box 64338
Bankruptcy Section
Chicago, IL, 60664

Walgreens Home Care
PO Box 4018
Danville, IL, 61834

Cook County State's Attorney's Bad Check Restitution Program
Po Box A3984
Chicago, IL, 60690

Autovest LLC assignee of Wells Fargo Financial Inc
PO Box 2247
Southfield, MI, 48037

Liou Law Firm
900 W Washington Blvd
Chicago, IL, 60607

GROCHOCINSKI & GROCHOCINS
9654 W 131st St # 41
Palos Park, IL, 60464

METROPOLITAN L FED
949 S Ridgeland Ave
Oak Park, IL, 60304

Midland Mortgage
Po Box 26648
Oklahoma City, OK, 73126

U.S. Department of Housing & Urban Development
1255 Corporate Dr #300
c/o Deval LLC, Attn: Deborah Garcia
Irving, TX, 75038


MidFirst Bank
999 N.W. Grand BLVD
Oklahoma City, OK, 73118

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 21054 |
| Melvin Collins, ) | HON. Deborah L Thorne (Joliet) |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION FOR DETERMINATION OF FEES UNDER RULE 3002.1**

Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and in support of Debtor's Motion for Determination of Fees under Rule 3002.1, Debtor states to the court as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§ 1334 & 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 29, 2016.

3. On October 17, 2016, this Honorable Court entered an Order confirming Debtor's Chapter 13 Plan of reorganization.

4. On January 31, 2017, Midland Mortgage sent a statement charging Debtor and Co-Debtor $1,710.15 in outstanding fees due to the result of bankruptcy attorney fees and or costs and a property inspection. Please see Exhibit A for the letter from Midland Mortgage.

5. Debtor's counsel was never served notice of these fees.

6. Debtor's counsel believes that these fees are egregious

7. Debtor respectfully requests this Honorable Court deny Midland Mortgage's fees in the amount of $1,710.15 pursuant to Rule 3002.1(c).

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter the Order denying Midland Mortgage's fees in the amount of $1,710.15 pursuant to Rule 3002.1(c) and grant such other and further relief and this court deems fair and just.

Respectfully Submitted,

  /s/ *Aaron Weinberg*
Attorney for the Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603